FILED
DISTRICT COURT OF GUAM

# United States District Court
FEB 15 2002

DISTRICT OF ———— GUAM

MARY L.M. MORAN
CLERK OF COURT

JERRY J. EDWARDS,

        Plaintiff,

V.

SECRETARY OF THE NAVY,
GORDON R. ENGLAND,

        Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 02-00003

TO: (Name and Address of Defendant) SECRETARY OF THE NAVY, GORDON R. ENGLAND, NAVCARD CODE DP8, 3801 NEBRASKA AVENUE, N.W., WASHINGTON, D.C. 20393-5451

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)  RON MORONI
LAW OFFICE THOMAS M. TARPLEY, JR.
AMERICAN LIFE BUILDING
137 MURRAY BOULEVARD, SUITE 201
HAGATNA, GUAM 96910-5104

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Mary L. M. Moran
CLERK

BY DEPUTY CLERK

FEB 12 2002
DATE

ORIGINAL

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/12/2002 |
| NAME OF SERVER (PRINT) DOROTHEA QUICHOCHO | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. MAIL, POSTAGE PREPAID TO SECRETARY OF THE NAVY, GORDON R. ENGLAND, NAVCARD CODE DP8, 3801 NEBRASKA AVENUE, N.W., WASHINGTON, D.C. 20393-5451

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/2002
Date

Signature of Server DOROTHEA QUICHOCHO
LAW OFFICE OF THOMAS M. TARPLEY, JR., P.C.
AMERICAN LIFE BUILDING
137 MURRAY BLVD. STE. 201
Address of Server HAGATNA, GUAM 96910-5104

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.