# United States District Court

### DISTRICT OF ——— GUAM

FILED
DISTRICT COURT OF GUAM

FEB 1 5 2002

CLERK OF COURT

JERRY R. EDWARDS,

               Plaintiff,

         **V.**

SECRETARY OF THE NAVY,
GORDON R. ENGLAND,

## SUMMONS IN A CIVIL ACTION

**CASE NUMBER:** 02-00003

**TO:** (Name and Address of Defendant)

OFFICE OF THE U.S. ATTORNEY
108 HERNAN CORTES AVENUE
HAGATNA, GUAM 96910

## YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

RON MORONI
LAW OFFICE THOMAS M. TARPLEY, JR.
AMERICAN LIFE BUILDING
137 MURRAY BOULEVARD, SUITE 201
HAGATNA, GUAM 96910-5104

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**Mary L. M. Moran**

_____
CLERK

_____
BY DEPUTY CLERK

FEB 1 3 2002

_____
DATE

ORIGINAL

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2/13/2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JULIAN A. JAVIER | |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the defendant. Place where served: OFFICE OF U.S. ATTORNEY

108 HERNAN CORTES AVENUE, HAGATNA, GUAM 96910

□ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

□ Returned unexecuted:

□ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL 2 MILES | SERVICES $6.00 | TOTAL $6.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/2002
Date

Signature of Server  JULIAN A. JAVIER

EXPRESS ONE
P.O. BOX 11072
TAMUNING, GUAM 96931
*Address of Server*