```
1  FREDERICK A. BLACK
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  EDWARD J. LYNCH
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215
```



Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JERRY J. EDWARDS, | CIVIL CASE NO. 02-00003 |
| Plaintiff, | |
| vs. | ANSWER OF THE UNITED STATES |
| SECRETARY OF THE NAVY, GORDON R. ENGLAND, | |
| Defendant. | |

Defendant UNITED STATES Of AMERICA and the DEPARTMENT OF THE NAVY and SECRETARY of the NAVY GORDON R. ENGLAND, hereby answer the Complaint as follows:

1. Paragraph 1 states legal conclusions which do not require an answer. To the extent an answer to factual question is required, Defendant DENIES.

2. The Defendant is without sufficient knowledge at this time to admit or deny the allegations of paragraph 2 and therefore DENIES.

3. Defendant ADMITS the Secretary of the Navy is Gordon R. England but DENIES the remaining allegations of paragraph 3.

4. The Defendant is without sufficient knowledge at this time to admit or deny the allegations of paragraph 4 therefore DENIES.

5. The Defendant is without sufficient knowledge at this time to admit or deny the allegations of paragraph 5 therefore DENIES.

6. The Defendant is without sufficient knowledge at this time to admit or deny the allegations of paragraph 6 therefore DENIES.

7. The Defendant ADMITS Exhibit A was mailed to Plaintiff but the remainder of paragraph 7 states a legal conclusion or the Defendant is without sufficient information to admit or deny the factual allegations therefore DENIES.

8. The Defendant DENIES any violation.

9. Defendant DENIES.

10. Defendant DENIES.

11. Defendant ADMITS Exhibit B is a copy of the EEO decision.

12. Defendant DENIES the prayer for relief.

AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim against the United States, Department of the Navy and Secretary England.

2. Plaintiff has failed to exhaust his administrative remedies.

3. To the extent Plaintiff has suffered damages he has failed to mitigate the damages.

Respectfully submitted this 8th day of April 2002.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

- 3 -

## CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Secretary, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, I caused to be served by personal service a copy of the "Answer of the United States", in Civil Case No. 02-00003 to:

> Ronald P. Moroni, Esq.
> Law Offices of Thomas M. Tarpley, Jr.
> Suite 201, American Life Building
> 137 Murray Boulevard
> Hagatna, Guam 96910

*Frances B. Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Secretary