LAW OFFICE
**THOMAS M. TARPLEY, JR.**
A Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Of Counsel:*
*Ron Moroni*

Attorneys *for* Plaintiff



UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| JERRY J. EDWARDS, | ) | CIVIL ACTION NO. 02-00003 |
| Plaintiff, | ) | |
| v. | ) | |
| SECRETARY OF THE NAVY, GORDON R. ENGLAND, | ) | **SCHEDULING ORDER** |
| Defendant. | ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: Employment or work discrimination, Title VII of the Civil Rights Act of 1964.

2. The posture of the case is as follows:

    Complaint filed and Served; Answer filed by Defendant.

    a) The following motions are on file: None.

    b) The following motions have been resolved: N/A

    c) The following discovery has been initiated: None

3. All motions to add parties and claims shall be filed on or before: **June 30, 2002.**

**ORIGINAL**

4. All motions to amend pleadings shall be filed on or before: **July 31, 2002**

5. Status of Discovery: None initiated at this time.

(a) The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

26(a)(1) - within 30 days from date of this order.

(b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

Plaintiff: Depositions to be taken in Japan before **September 30, 2002.** Requests for production of documents to be filed within the time limits set herein.

Defendant:

6. The parties shall appear before the District Court on **May 9, 2002 at 3:00 p.m.** for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: **October 30, 2002.**

8. a) The anticipated discovery motions are: Unknown at this time.

All discovery motions shall be filed on or before **November 30, 2002**, and heard on or before **December 31, 2002.**

b) The anticipated dispositive motions are:

Plaintiff: Unknown at this time.

Defendant:

All dispositive motions shall be filed on or before January 31, 2003 and heard on or before **February 15, 2003.**

9. The prospects for settlement are: Uncertain at this time.

10. The Preliminary Pretrial Conference shall be held on the 17th day of **March 2003, at 4:00 p.m.** no later than twenty-one (21) days prior to trial date.

Jerry J. Edwards v. Secretary of the Navy, Gordon R. England,
Civil Action No. 02-00003
SCHEDULING ORDER

11. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed no later than fourteen (14) days prior to trial: **March 24, 2003**

12. The Proposed Pretrial Order shall be filed no later than fourteen (14) days prior to trial: **March 24, 2003**

13. The Final Pretrial Conference shall be held on the 31st day of **March, at 4;00 p.m.** (seven (7) days prior to trial).

14. The trial shall be held on the 7th, 8th, 9th, & 10th day of **April, 2003, at 9:30 a.m.** (in no event shall the trial be later than 18 months after the complaint is filed, unless the Court otherwise allows).

15. The trial is a jury trial.

16. It is anticipated that it will take 4 days to try this case.

17. The names of counsel on this case are:

    Plaintiff - Ron Moroni

    Defendant - Edward J. Lynch, Assistant U.S. Attorney

18. The parties do wish to submit this case to a settlement conference.

19. The parties present the following suggestions for shortening trial: Stipulation to all entry of exhibits prior to trial; use of deposition testimony and agreed facts submitted prior to trial.

20. The following issues will also affect the status or management of the case: Many witnesses are in Japan and depositions may need to be taken there.

Dated this 7th day of May, 2002.

_____
JOHN S. UNPINGCO,
Chief District Judge

**RECEIVED**
APR 29 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**APPROVED AS TO FORM AND CONTENT:**

LAW OFFICE
THOMAS M. TARPLEY, JR.

By: _____
RON MORONI,
Attorney for Plaintiff

OFFICE OF THE U.S. ATTORNEY

By: _____
EDWARD J. LYNCH
ASSISTANT U.S. ATTORNEY