# ORIGINAL

1 | Edwards.DEP

2 | FREDERICK A. BLACK
United States Attorney

3 | MIKEL W. SCHWAB
Assistant U.S. Attorney

4 | EDWARD J. LYNCH
Special Assistant U.S. Attorney

5 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue

6 | Hagatna, Guam 96910
Tel: 472-7332

7 | Fax: 472-7215/7334

8 | Attorneys for the United States of America

**F I L E D**
DISTRICT COURT OF GUAM

OCT 1 0 2002

MARY L. M. MORAN
CLERK OF COURT

9 | **IN THE UNITED STATES DISTRICT COURT**

10 | **FOR THE TERRITORY OF GUAM**

11 | JERRY J. EDWARDS,                     )      CIVIL CASE NO. 02-00003
                                          )
12 |                 Plaintiff,            )
                                          )
13 |         vs.                           )
                                          )
14 | SECRETARY OF THE NAVY,                )      **NOTICE TO TAKE**
     GORDON R. ENGLAND,                    )      **DEPOSITION**
                                          )
15 |                                       )
                                          )
16 |                 Defendant.            )
     _____  )

17 | TO:    RONALD P. MORONI, Attorney for Plaintiff
            Law Offices of Thomas M. Tarpley, Jr.

18 |        137 Murray Boulevard, Suite 201
            Hagatna, Guam 96910-5104

19 |

20 | **PLEASE TAKE NOTICE** that Defendant in the above-entitled action will take the

21 | deposition of JERRY J. EDWARDS, upon oral examination pursuant to the Rules of Civil

22 | Procedure before a Notary Public or before some other officer authorized by law to administer

23 | oaths on October 24, 2002, at 9:00 a.m. at the Legal Office, U.S. Naval Base, Yokosuka, Japan.

24 |        DATED this 9th day of October 2002.

25 |                                    FREDERICK A. BLACK
                                        United States Attorney

26 |                                    Districts of Guam and CNMI

27 |                              By: _____

28 |                                    MIKEL W. SCHWAB
                                        Assistant U.S. Attorney