LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for* Plaintiff

FILED
DISTRICT COURT OF GUAM
DEC 0 6 2002
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JERRY J. EDWARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SECRETARY OF THE NAVY, ) <br> GORDON R. ENGLAND, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION NO. 02-00003 <br><br> **AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Ron Moroni, am the attorney for the Plaintiff in this matter. I contacted the attorney for the opposing party in this action, to agree upon a date for oral argument of my Motion to Compel Production of Documents and to Modify Scheduling Order.

2. The attorney for the opposing party for the opposing party is Edward Lynch, Assistant U.S. Attorney General.

3. We agreed upon the following date: January 17, 2003 at 10:00 a.m.

ORIGINAL

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 5th day of December, 2002.

                                    LAW OFFICES
                                    TARPLEY & MORONI, LLP

By: _____
     Ron Moroni,
     Attorneys for Plaintiff