ORIGINAL

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
EDWARD J. LYNCH
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
JAN 1 0 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

JERRY J. EDWARDS,
    Plaintiff,

vs.

SECRETARY OF THE NAVY,
GORDON R. ENGLAND,
    Defendant.

CIVIL ACTION NO. 02-00003

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendant does not oppose Plaintiff's motion to compel and joins in Plaintiff's motion to modify the existing SCHEDULING ORDER. Plaintiff correctly indicates that defendant counsel was not available to travel to Japan in October to complete discovery due to a family medical emergency. Defendant's counsel's attempt to obtain government records located in JAPAN from Guam by contacting the local custodians of records at Naval Security Detachment Fleet Activities, Yokosuka, Japan and the Judge Advocate's office for Fleet Activities Japan. Do to the number of documents requested the documents could not be copied and be sent to GUAM before December 2002. The documents were shipped on December 9, 2002, via Federal Express. The documents

finally arrived at Defendant counsel's office on or about 19 December as they were delayed in shipping because of Typhoon Pongsonga. Defendant notified counsel on 19 December 2002 to arrange for viewing of the documents. Defendant is unaware of any additional discovery requests not complied with as of this time.

    Defendant and Plaintiff have diligently attempted to complete discovery in a timely manner. However, due to two natural disasters and Defendant counsel's family emergency the parties were unable to complete the discovery in a timely manner. The Defendant respectfully requests the indulgence of the Court in this matter.

    RESPECTFULLY SUBMITTED this 10th day of January 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
EDWARD J. LYNCH
Special Assistant U.S. Attorney

## DECLARATION OF COUNSEL

I, EDWARD J. LYNCH, am the Special Assistant United States Attorney assigned to the above referenced case, declare the following under penalty of perjury:

On October 17, 2002 my daughter was hospitalized at U.S. Naval Hospital, Guam for a potential heart problem secondary to Graves disease. She was sent via military medical evacuation to Tripler Army Hospital Hawaii. I was unavailable to travel to Japan to complete discovery in Japan as previous arranged by the parties the week of 20 October 2002. The Staff Judge Advocate for Fleet Activities Yokosuka was unavailable to assist Plaintiff's counsel that week. I arranged to have the documents located in Japan to be copied and sent to Guam via air express shipment but the documents were delayed due to Typhoon PONGSONGA. The documents arrived December 19, 2002, after being shipped from Japan on December 9, 2002. There are approximately 5 boxes of documents.

I, EDWARD J. LYNCH, declare under penalty of perjury that the forgoing is true to the best of my knowledge.

Executed this 10th day of January 2003.

_____
EDWARD J. LYNCH

## CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, I caused to be served by personal service a copy of the "Memorandum of Points and Authorities in Opposition To Plaintiff's Motion to Compel", in Civil Case No. 02-00003, <u>Jerry J. Edwards v. Secretary of the Navy, Gordon R. England</u>, to the following attorney of record:

    Ronald P. Moroni
    Law Offices of Thomas M. Tarpley, Jr.
    P.O. Box B
    Hagatna, Guam 96910
    Fax: (671) 472-4526

Dated: <u>January 10, 2003</u>

*Frances B. Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant