LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for Plaintiff*

FILED
DISTRICT COURT OF GUAM
JAN 17 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STAES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| JERRY J. EDWARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SECRETARY OF THE NAVY, ) <br> GORDON R. ENGLAND, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 02-00003 <br><br> **STIPULATION AND ORDER** <br> **TO AMEND SCHEDULING ORDER** <br> **AND WITHDRAW MOTION TO COMPEL** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Scheduling Order filed on May 07, 2002 be amended as follows:

1.  All discovery motions shall be filed on or before **February 30, 2003** and heard on or before **March 30, 2003.**

2.  All dispositive motions shall be filed on or before **March 31, 2003** and heard on ~~or before~~ _May 2, 2003_, at _10:00_ a.m.

ORIGINAL

3. The Preliminary Pretrial Conference shall be held on the _22_ day of **May, 2003,** at ___3:30___ p.m. no later than twenty-one (21) days prior to trial date.

4. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed no later than fourteen (14) days prior to trial: **May 26, 2003.**

5. The Proposed Pretrial Order shall be filed no later than fourteen (14) days prior to trial: **May 26, 2003.**

6. The Final Pretrial Conference shall be held on **June 02, 2003** at **4:00 p.m.** (Seven (7) days prior to trial.)

7. The trial shall be held on the 9th 10th 11th & 12th day of **June, 2003** at **9:30 a.m.**

8. The trial is a jury trial.

9. It is anticipated that it will take 4 days to try this case.

10. Plaintiff's Motion to Compel Discovery is withdrawn.

Amendment to the scheduling order is necessary due to Defendant's delay in providing discovery due to documents being in Japan and further delay in transport of said documents due to Typhoon Pongsona.

Jerry Edwards v. Secretary of the Navy
Civil Action No. 02-00003
Stipulation to Amend Scheduling Order
Page 2 of 3

**SO STIPULATED:**

| | |
|---|---|
| Law Offices<br>TARPLEY & MORONI, LLP | United States Attorney |
| By: *(signed)* Ron Moroni,<br>Attorneys for Plaintiff | By: *(signed)* Edward J. Lynch,<br>Attorneys for United<br>States of America |
| Dated: 1/16/03 | Dated: 16 JAN 2003 |

**SO OREDERED** this 16th day of January, 2003.

_____
Honorable John S. Unpingco
Chief Judge, District Court of Guam

**RECEIVED JAN 16 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM**