LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for* Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR 11 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JERRY J. EDWARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SECRETARY OF THE NAVY, ) <br> GORDON R. ENGLAND, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION NO. 02-00003 <br><br> **STIPULATED MOTION TO AMEND SCHEDULING ORDER; MEMORANDUM OF POITS AND AUTHORITIES** |

Plaintiff, Jerry J. Edwards, hereby moves this Court to amend the Scheduling Order, as already amended by Order of this Court dated January 16, 2003, to provide:

1. That the deadline for the filing of dispositive motions be extended by sixty (60) days or until May 30, 2003;

2. That the Plaintiff, be given sixty (60) days after the deadline of dispositive motions to obtain affidavits and to file an appropriate response; and

3. That other dates be adjusted accordingly.

ORIGINAL

Defendant's counsel, Attorney Lynch, is joining this motion because the impending military mobilization, has placed competing demands on his time over the next several weeks. The Plaintiff, seeks an amendment to the schedule, as the present schedule does not provide Plaintiff or his counsel with sufficient time to obtain affidavits in response to any dispositive motion, as all witnesses, are located outside of Guam and primarily in Japan.

This motion is supported by the following memorandum of points and authorities and the declaration of Plaintiff's counsel.

## MEMORANDUM OF POINTS AND AUTHORITES

Pursuant to FRCP Rule 16(b), Plaintiff may file a motion with the court for modification of the joint scheduling order. Modification of the joint scheduling order will be granted by leave of the District Court upon showing of good cause. Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, (9th Cir. 1992). Rule 16(b) "good cause" standard primarily considers the diligence of the party seeking the modification. The focus of Rule 16(b) is upon the moving party's reasons for seeking the modification.

The Local Rules of the District Court of Guam, in particular, LR 16.5 provides in part:

> A motion to extend the deadline in the scheduling order must demonstrate a specific need for the requested extension, and should be accompanied by a detailed

proposed amendment to the previously entered scheduling order.

Defendant's counsel, Attorney Lynch, is joining this motion because the impending military mobilization has placed competing demands on his time over the next several weeks.

Plaintiff is seeking this motion so that Plaintiff may have additional time to obtain affidavits, which Plaintiff anticipates will be needed to oppose a motion for summary judgment.

Under the present scheduling order, dispositive motions must be filed by March 31, 2003 and will be heard on May 02, 2003. Attorney Lynch, has indicated that he does intend to file a dispositive motion, if this matter is not settled before the deadline for such motion. This will mean that Plaintiff's response to that motion, including opposing affidavits, will need to be filed by April 18, 2003, or fourteen (14) days after the motion is filed.

As explained in the attached declaration, virtually all witnesses, whose testimony would be needed to oppose a Motion for Summary Judgment, reside outside of Guam, either in Japan, or in the Mainland USA. Counsel anticipates, that in order to obtain the necessary affidavits to oppose the motion for summary judgment, he will need to travel to Japan and locate the appropriate witnesses, prepare their affidavits while in Japan, so that they may be signed

and notarized and returned to be filed with the Court. See Declaration of counsel.

This extension is being requested so that Plaintiff will have ample time to obtain the necessary affidavits to prepare a proper response to any dispositive motion filed. In order to avoid any need to return to Court for an additional extension, Plaintiff requests that the scheduled be amended so that Plaintiff may have 60 days to respond to any dispositive motion.

Dated this 10th day of March, 2003.

                              Law Offices
                              TARPLEY & MORONI, LLP

                    By: _____
                         Ron Moroni,
                         Attorneys for Plaintiff

**SO STIPULATED:**

U.S. ATTORNEY'S OFFICE
Special Assistant Attorney

By: _____
    Edward L. Lynch
    Attorney for Defendant

Date: 11 March 03