LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for* Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR 1 8 2003
MARY L. M. MORAN
CLERK OF COURT

(16)

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JERRY J. EDWARDS, ) | CIVIL ACTION NO. 02-00003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | SECOND ~~PROPOSED~~ |
| ) | SCHEDULING ORDER |
| SECRETARY OF THE NAVY, ) | |
| GORDON R. ENGLAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

All the provisions of the Scheduling Order filed with this Court on May 07, 2002 and Amended on January 16, 2003 shall remain in the same except as amended herein.

1. All dispositive motions shall be filed on or before _April 15_, 2003, and heard on _May 16, 2003_, at _10:00_ a.m.

2. The Preliminary Pretrial Conference shall be held on _June 3_, 2003, at _3:30_ p.m. no later than twenty-one (21) days prior to trial date.

ORIGINAL

3. The parties' Pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed no later than fourteen (14) days prior to trial.

4. The Proposed Pretrial Order shall be filed no later than fourteen (14) days prior to trial.

5. The final Pretrial Conference shall be held on _____June 12_____, 2003, at __3:30__ _p_.m. (Seven (7) days prior to trial.)

6. The Trial shall be held on _____June 17_____, 2003, at __9:30__ _a_.m.

Dated: __MAR 17 2003__

_____
Honorable John S. Unpingco
Chief Justice, District Court of Guam

RECEIVED
MAR 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM