FREDERICK A. BLACK
United States Attorney
EDWARD J. LYNCH
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 1 4 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JERRY EDWARDS, ) | CIVIL CASE NO. 02-00003 |
| Plaintiff, ) | |
| v. ) | **MOTION FOR** |
| GORDON ENGLAND, SECRETARY OF ) THE NAVY, ) | **SUMMARY JUDGMENT** |
| Defendant. ) | |

Defendant, Gordon England, Secretary of the Navy, hereby moves for summary judgment on grounds that the pleadings, depositions, answers to interrogatories and declarations submitted herewith show that there is no genuine issue of material fact and that Defendant is entitled to judgment as a matter of law. In support hereof, Defendant respectfully presents the attached Memorandum of Law with attachments.

Respectfully submitted,

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
EDWARD J. LYNCH
Special Assistant U.S. Attorney