FREDERICK A. BLACK
United States Attorney
EDWARD J. LYNCH
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215/7334

Attorneys for United States of America



# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## TERRITORY OF GUAM

| | |
|---|---|
| JERRY EDWARDS, | CIVIL CASE NO. 02-00003 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| GORDON ENGLAND, SECRETARY OF, THE NAVY, | |
| Defendant. | |

I, FRANCES B. LEON GUERRERO, Legal Assistant working in the U.S. Attorney's Office, hereby certify that on the 14TH day of April 2003, I caused to be served by personal service a copy of the "Motion for Summary Judgment and Defendant's Memorandum in Support of Summary Judgment", in the above entitled case to the following attorney:

Ronald P. Moroni
Tarpley & Moroni, LLP
Suite 201 American Life Building
137 Murray Blvd.
Hagatna, Guam 96910

FRANCES B. LEON GUERRERO
Legal Assistant