LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP340A
*Attorney for* Plaintiff

FILED
DISTRICT COURT OF GUAM
MAY - 2 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

| | |
|---|---|
| JERRY EDWARDS, ) | CIVIL CASE NO. CV02-00003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SECRETARY OF THE NAVY, ) | |
| GORDON R. ENGLAND, ) | |
| ) | |

# DECLARATION OF DENNIS MORGAN

I, Dennis Morgan, under penalty of perjury, under the law of Guam, hereby declare that the following statements of fact are true and based on my personal knowledge, unless the context clearly indicates otherwise;

1. At the time of making this statement, I was in the process of finishing my employment as a maintenance supervisor act Camp Zama in Japan. I will be leaving Japan and transferring to Shepard Air Force Base in Witchita Falls, Texas on October 31, 2002. At the time of this statement, I do not know what my contact information will be once I arrive in Texas, but I should be able to be contacted through the base.

2. I went into the Navy in 1985 and got out in 1995. I worked with Master Chief Moore under two commands. First, I worked with him on the USS Bunker Hill from 1988 through 1990. I worked with him again at CFAY (Commander Fleet Activities) at Yokosuka Japan, from approximately 1990 through 1994.

3. On the Bunker hill I was a mess management specialist. Master Chief Moore was the senior chief master of arms, which is the head of security on the ship. There were about 400 crew members on the ship. Moore arrived on the ship a few months

after me. He was still there when I left the ship. Prior to my contacts with Moore on the ship, I had been in the Navy for several years, was regarded as an accomplished serviceman, and had never been in previous trouble.

4. On the Bunker Hill, it was apparent that Moore did not like me. It was common knowledge on the ship that Moore did not like black people and often treated them differently. Moore had a reputation for treating Afro-Americans unfairly and different from the way he treated others. It was obvious that he would "go after" blacks and look for reasons to discipline them for very minor infractions, while he would take no action when a white person committed a similar infraction. He would often reprimand Blacks in front of their peers for minor matters related to dress, speech etc., that did not amount to an infraction. He would rarely do this to a white or Filipino sailor. Whenever he would walk down the narrow passage ways of the ship, and he would encounter a black man coming from the other direction, he would walk in a manner that would force the Black man to move out of his way, to show his superiority. I personally observed this discrimination by Moore many times while on the Bunker Hill.

5. There was an incident on the Bunker Hill when I verbally reprimanded a sailor that was working under me, named Tachi Bana. Before this incident, it was already clear that Moore did not care for me because I would stand up to him when I felt he was not being fair. Moore would often come into the mess hall and tell me and the other cooks, most of whom were black, how he thought we should be setting things up and serving, even though this was clearly not his responsibility. I would say things like, "I don't work for you" or "if you have a problem with what I do you should speak to my chief." As a result, Moore made comments like, "I am going to get you" and "I got my eyes on you". Later he charged me with speaking inappropriately to Bana, who was not black. The matter went all the way up to the captain, where it was dismissed. The charges were inappropriate because I did not physically harm Bana, and the way I spoke to him was consistent with the way people speak in the military. Moore did not like it because it was me, and because I was black. I saw Moore witness white sailors speaking in a similar manner, without taking any action against them.

6. I believe if you were to examine the records of who was prosecuted by Moore on the Bunker Hill, it would clearly show that he was prejudiced against blacks and that most of his

Page 4 of 10

prosecutions were against blacks. It was obvious to everyone who observed him.

7. There was another incident on the Bunker Hill involving MS2 Chase (a black man) who wrote a letter to the captain about unjust and unfair punishment on the ship. The letter and accusations which centered on Moore's handling of security and discipline became a big issue on the Ship. The point of the letter was the discriminatory treatment of the Security Officer (Moore) on the ship.

The Captain called everyone together and said he was very upset about the letter. The whole letter concerned how two different sailors received different treatment for the same offense, committed around the same time. One was white and essentially was not punished for the offense. The other, who was black, was seriously disciplined. It was common knowledge on the ship that, if you were a minority, Moore did not care for you, and would be punished more severely.

8. Moore had the power to keep incidents from going too far. He was the one that would determine whether things should go to the captain and his recommendation would usually be

followed. If a disproportionate number of blacks were disciplined on the ship, it was because Moore targeted blacks and treated them unfairly.

9. I also worked with Moore at CFAY (Commander of Fleet Activities) at Yokosuka Naval Base in Japan. Moore, at the time, was Master at Arms at CFAY, meaning he was in charge of security. During this time it was obvious that black men were singled out and harassed by security.

10. While at Yokosuka, I was constantly being pulled over while driving by security, even though I had not committed any offense. I would sometimes be pulled over more than once in a day. Other Black sailors at the base would tell me that they had similar experiences. One time I got into an argument with two security officers that, for no reason, stood in front of my car, and would not let me pass down the road, even though I was not doing anything wrong. I was so upset by the activity, I went to the security office to accuse the security officers of harassing him. The security office did not hear my complaint. Instead, they contacted Moore who directed them to take my car keys away. As a result, I was charged with Driving While Intoxicated, though I was never given a blood test and I was not drunk. I was

disciplined at a Military hearing where I did not have any representation, and no actual witnesses testified or were subject to cross examination. At the hearing, Moore made comments that I was always speeding on base even though I had never gotten a speeding ticket. I believe the discipline was in retaliation for my attempt to charge security with harassment.

11. At Yokosuka, I was working facility maintenance. As part of my job, I was frequently driving around the base. I would frequently observe black men being pulled over on base by security. I would rarely see white people being pulled over. Often it was black men with fancy cars, which the security officers seemed to not like. It was also obvious that Black's would be pulled over if they were playing music that was popular among blacks, even if the music was not unusually loud. Conversely, I observed that white drivers on base would not be pulled over if they were playing other kinds of music loudly. The discriminatory treatment was obvious. Similarly at the hearing discussed above, Moore complained that I would often play load music, which was not true. The music I would play was music that Black's were more likely to listen to, but I did not play it louder than was common on base. I believe Moore made the

comments because I was black and he did not like the type of music I played.

12. If there was a racist policy by carried out by security at Yokosuka, Moore, would have to have known about it and it was common knowledge that he condoned it.

13. After I got out of the Navy, I went back to Japan in 95 and went to Yokohama. I had access to all of the U.S. Military bases in Japan. At this time Moore was still at CFAY at Yokosuka.

14. I know of an incident involving a Black man, who I only knew as "T". I do not recall his full name. T was a security officer. Moore would not let him carry a gun, even though all other white officers in his position were required to carry a gun. T would always receive the worse duty, and was often assigned to watch the gate. I would often see him at the gate and ask him why he had that duty and why he was not carrying a gun. T had told me that Moore did not like him, presumably because of his race, and that is why he had problems. After Moore left, I observed that T moved quickly up the ranks and received significant promotions that he was denied while

Moore was in charge of security. He is presently a watch supervisor at security at Yokosuska.

15. During the time that Moore was in charge of security at Yokosuka, I often observed that if white sailors were caught in town drunk, security would escort them back to their ship. I saw this happens even when the white sailor was acting rowdy and belligerent. If a black sailor was caught drinking in town by security, the black man would be arrested and prosecuted.

16. Recently, I was stopped by gate guards at Yokosuka and questioned as to why I have two I.D. cards. I told the guards that I was permitted to have two cards because I am both a retiree and a civilian employee. They did not agree, though I am correct, and they hassled me. I went to the security office to report the incident. My goal was just to have security properly advise the gate guards so that they would know that, in some instances, it is perfectly proper to have two IDs. Before I knew it, I had come under investigation. Yokosuka security called Camp Zama, where I was employed, and requested personal information about me. This gave the appearance to my supervisors that I was under investigation for having done something wrong, though clearly I had not. This angered me so I called Yokosuka

security, where I spoke to an officer that worked for Moore. During our conversation, I heard Moore say something to the effect "Is that Morgan? Tell him I am going to have his Ass." I then spoke to Moore directly and confirmed that he had made that statement. I reported this incident to Moore' supervisors and he was made to apologize. Again, I believed I was singled out by Moore because I am black, and for that reason, he was out to get me.

This above my last direct contact with Moore, though I continued to hear from other sailors and civilian employees at Yokosuka that Moore. However, I continued to visit the base several times a year. I have spoken to many other people at Yokosuka, that felt that the security office carried out discriminatory policies while Moore was stationed there. It is my observation that the extent of discrimination has lessened significantly since Moore left Yokosuka.

Dated this 4th day of MaRCH, 2003.

_____
DENNIS MORGAN