# ORIGINAL

FREDERICK A. BLACK
United States Attorney
EDWARD J. LYNCH
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215/7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 0 8 2003

MARY L. M. MORAN
CLERK OF COURT

23

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## TERRITORY OF GUAM

| | |
|---|---|
| JERRY EDWARDS, ) | CIVIL CASE NO. 02-00003 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| GORDON ENGLAND, SECRETARY OF, ) THE NAVY, ) | |
| Defendant. ) | |

I, FRANCES B. LEON GUERRERO, Legal Assistant working in the U.S. Attorney's Office, hereby certify that on the 8th day of May 2003, I caused to be served by personal service a copy of the "Defendant's Reply in Support of Summary Judgment", in the above entitled case to the following attorney:

Ronald P. Moroni
Tarpley & Moroni, LLP
Suite 201 American Life Building
137 Murray Blvd.
Hagatna, Guam 96910

*Frances B Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant