ORIGINAL

FREDERICK A. BLACK
United States Attorney
EDWARD J. LYNCH
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215



FILED
DISTRICT COURT OF GUAM
MAY 28 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| JERRY EDWARDS, | ) | CIVIL CASE NO. 02-00003 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATED REQUEST TO CONTINUE TRIAL AND SUBSTITUTION OF COUNSEL** |
| GORDON ENGLAND, SECRETARY OF THE NAVY, | ) | |
| Defendant. | ) | |

The parties in the above-captioned matter, by and through their attorneys, stipulate to continue the trial date.

The trial of this matter is scheduled to begin on June 17, 2003. All trial documents will be due 14 days before the trial; the initial pre-trial conference is scheduled for 3 June 2003 and the final pre-trial conference is scheduled for 12 June 2003. Counsel for the United States Special Assistant Edward J. Lynch, will be going off island for surgery

on the 6 June 2003 and is not scheduled to return to Guam until mid July. The parties request for the continuance to permit the United States sufficient time to substitute counsel and prepare for the trial or in the alternative to delay the trial until counsel's return to Guam. Mikel Schwab, Chief, Civil Division, U.S. Attorney Office is anticipated to be off island from 4 June until July 16 and cannot be substituted as counsel for the United States.

RESPECTFULLY submitted.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

Dated: 21 May 03

BY: *(signed)*
EDWARD J. LYNCH
Special Assistant U.S. Attorney

Dated: May 21-03

*(signed)*
RONALD P MORONI
Attorney for Defendant

### * * * ORDER * * *

All the provision of the Scheduling Order filed with this Court on May 7, 2002 and Amended on January 16, 2003, and March 18, 2003, shall remain in the same except as amended herein.

The Proposed Pretrial Order shall be filed no later than fourteen days prior to trial.

*The preliminary pretrial conference shall be held on July 22, 2003 at 3:30 p.m.*

The final Pretrial Conference shall be held on <ins>August 5</ins>, 2003, at 3:30 p.m.

The trial shall be held on <ins>August 11</ins>, 2003, at <ins>9:30</ins> a.m.

                                                JOHN S. UNPINGCO
                                                Chief Judge

RECEIVED
MAY 22 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM