LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for* Plaintiff



FILED
DISTRICT COURT OF GUAM
JUN - 4 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JERRY J. EDWARDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECRETARY OF THE NAVY, )<br>GORDON R. ENGLAND, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. 02-00003<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Ron Moroni, being first duly sworn depose and state:

1. I am the counsel for the Plaintiff. I make this declaration from my personal knowledge and if called, could and would testify competently thereto.

2. Plaintiff has not made a required payment for services provided by Tarpley & Moroni, LLP for more than four months related to this litigation and has failed to substantially fulfill his obligation regarding my services as set forth in a written retainer agreement signed by the Plaintiff. Further, Plaintiff has indicated to the undersigned that he has no

ORIGINAL

intention of fulfilling such obligations and no ability to do so. Plaintiff has been given reasonable warning that I would withdraw unless the obligation is fulfilled. Such warning has provided to the Plaintiff in writing on more than four occasions since February 1, 2003.

    3. My continued representation of plaintiff will result in an unreasonable financial burden on me, and require me, in the preparation of the trial, to expend a substantial period of time working on Plaintiff's case, without compensation. During that time, I will be unable earn income by servicing other clients. Because of overhead and cash flow requirements of my practice, this could leave me without the ability to meet significant financial obligations.

    Dated this 3rd day of June, 2003.

                                        */s/ Ron Moroni*
                                        Ron Moroni