LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for* Plaintiff

UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| JERRY J. EDWARDS, | ) | CIVIL ACTION NO. 02-00003 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR ORDER TO SHORTEN TIME FOR DETERMINATION OF MOTION TO WITHDRAW AS COUNSEL** |
| SECRETARY OF THE NAVY, GORDON R. ENGLAND, | ) | |
| Defendant. | ) | |

Ron Moroni, counsel for Plaintiff, hereby applies to the Court for an Order to Shorten Time for holding a hearing on the undersigned's Motion to Withdraw as Counsel.

This motion is being made pursuant to Local Rule LR7.1(k) on the grounds that counsel wishes to provide his client, the maximum possible time, to find alternative counsel, in order to prepare for trial. This motion is supported by the attached certificate of counsel.

Dated this 3rd day of June, 2003.

Law Offices
TARPLEY & MORONI, LLP

By: _____
Ron Moroni,
Attorneys for Plaintiff