**LAW OFFICES**
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

**FILED**
DISTRICT COURT OF GUAM

JUN - 4 2003

MARY L. M. MORAN
CLERK OF COURT

28

*Attorney for* Plaintiff

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| JERRY J. EDWARDS, | ) | CIVIL ACTION NO. 02-00003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF COUNSEL IN** |
| | ) | **SUPPORT OF MOTION TO** |
| SECRETARY OF THE NAVY, | ) | **SHORTEN TIME** |
| GORDON R. ENGLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I Ron Moroni, in support of the motion for order shortening time hereby declare as follows:

1.    I am the attorney for the Plaintiff, Jerry J. Edwards.

2.    I filed a Motion to Withdraw as Counsel.

3.    The trial for this matter is presently scheduled for August 11, 2003.

4.    I am seeking an expedited ruling on the motion to withdraw as counsel so that, in the event the motion is granted, the Plaintiff will have the maximum amount of time possible to find alternative counsel or to prepare to represent himself at the trial.

# ORIGINAL

5. I have consulted with Edward Lynch, counsel for the opposing party in this action. He has indicated to me that he has no opposition to this request for shorten time, or to the motion to withdraw as counsel.

Dated this 3rd day of June, 2003.

_Ron Moroni_
Ron Moroni