**LAW OFFICES**
## TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

FILED
DISTRICT COURT OF GUAM

JUN - 4 2003

MARY L. M. MORAN
CLERK OF COURT

*Attorney for* Plaintiff

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| JERRY J. EDWARDS, | ) | CIVIL ACTION NO. 02-00003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NON OPPOSITION TO PLAINTIFF'S** |
| v. | ) | **MOTION TO WITHDRAW AS COUNSEL** |
| | ) | **AND APPLICATION TO SHORTEN** |
| SECRETARY OF THE NAVY, | ) | **TIME** |
| GORDON R. ENGLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Undersigned Edward Lynch, counsel for Navy, stipulates that he does not oppose to Ron Moroni's Motion to Withdraw as Counsel or Application to Shorten Time.

Dated this ___4___ day of June, 2003.


U.S. ATTORNEY
Special Assistant Attorney

By: _____
Edward Lynch,
Attorney for Defendant


## ORIGINAL