**LAW OFFICES**

# TARPLEY & MORONI, LLP

A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526



**FILED**
DISTRICT COURT OF GUAM

JUN - 4 2003

MARY L. M. MORAN
CLERK OF COURT

30

*Attorney for* Plaintiff

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| JERRY J. EDWARDS, | ) | CIVIL ACTION NO. 02-00003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| GORDON R. ENGLAND, | ) | |
| | ) | |
| Defendant. | ) | |

I Ron Moroni, hereby certify that on June 04, 2003, I cause to be faxed, email, and mailed a true and correct filed copy of the MOTION TO WITHDRAW AS COUNSEL; DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL; APPLICATION FOR ORDER TO SHORTEN TIME FOR DETERMINATION OF MOTION TO WITHDRAW AS COUNSEL; CERTIFICATE OF COUNSEL IN SUPPORT OF MOTION TO SHORTEN TIME; and NON OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL AND APPLICATION TO SHORTEN TIME to the following people:

<u>VIA HAND DELIVERY</u>
U.S. Attorney
Edward L Lynch
Special Assistant Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

ORIGINAL

Jerry Edwards
PSC78 Box 735
APO AP 96326-0007

Dated this 4th day of June, 2003.

Law Offices
TARPLEY & MORONI, LLP

By: _Ron Moroni_

Ron Moroni,

**Page 2 of 2**