LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for* Plaintiff

FILED
DISTRICT COURT OF GUAM
JUN - 9 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| JERRY J. EDWARDS, | ) | CIVIL ACTION NO. 02-00003 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| SECRETARY OF THE NAVY, GORDON R. ENGLAND, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Motion to Withdraw as Counsel, filed by Ron Moroni, counsel for Plaintiff and the Court finding that the requirements of General Rule 19.1(c) have been complied with, and good cause being shown,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Withdraw as Counsel is hereby GRANTED subject to the condition that all subsequent papers may continue to be served on counsel for forwarding purposes unless and until the Plaintiff appears by other counsel or in propria persona.

Dated: JUN 0 9 2003

Honorable John S. Unpingco
Chief Judge, District Court of Guam

ORIGINAL