DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| JERRY EDWARDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>GORDON ENGLAND, SECRETARY OF THE NAVY,<br><br>    Defendant. | Civil Case No. 02-00003<br><br><br>ORDER |

This case is scheduled to come before the Court on July 22, 2003, for a Preliminary Pretrial Conference. However, there is a Motion for Summary Judgment filed by the defendant which may have bearing on the posture of this case. Therefore, pending resolution of this matter, the Court will vacate the present scheduling order and will re-calendar the Preliminary Pretrial Conference and all other dates as appropriate.

IT IS SO ORDERED this 22nd day of July, 2003.

_____
JOHN S. UNPINGCO
**District Judge**