
FILED
DISTRICT COURT OF GUAM
MAR 19 2004
MARY L. M. MORAN
CLERK OF COURT

35

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

JERRY EDWARDS,

Plaintiff,

vs.

GORDON ENGLAND,
SECRETARY OF THE NAVY,

Defendant.

CIVIL CASE NO. 02-00003

**JUDGMENT**

Judgment is hereby entered in accordance with the Order filed March 15, 2004.

Dated this 19th day of March, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: [signature]
Deputy Clerk

ORIGINAL

Notice is hereby given that this document was entered on the docket on 03/19/04. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: [signature] 03/19/04
Deputy Clerk Date

# Party Attorney List

| DISTRICT | OFF | DOCKET NO. YR. NUMBER | FILING DATE MO. | DAY | YR. | JERRY J. EDWARDS -vs- SECRETARY OF THE NAVY, etc. |
|---|---|---|---|---|---|---|
| 0993 | 1 | CV-02-00003 | 02 | 12 | 02 | |

**Plaintiff**

**JERRY J. EDWARDS**

Counsel:

Pro Se,

Jerry Edwards
PSC 78 BOX 735
APO AP 96326-0007

Tel:

Fax:

Mailed 03/19/04

Signature/Date

**Defendant**

**SECRETARY OF THE NAVY, GORDAN R. ENGLAND**

Counsel:

Lynch, Edward

Special Assistant U.S. Attorney

Suite 500, Sirena Plaza

108 Hernan Cortez Street

Hagatna , GU 96910

Tel: 671-472-7283

Fax:

3/19/04

Signature/Date

03/19/04 Theresa @ 9:00am