FILED
DISTRICT COURT OF GUAM
APR 2 1 2004
MARY L. M. MORAN
CLERK OF COURT

Jerry J. Edwards

PSC 78 Box 735
APO AP 96326

Tel (at work) 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-557191.
e-mail : jerry.Edwards@yokota.af.mil

March 30, 2004

Honorable John F. Unpingco

Case No CV0200003

Subject: Appeal

Dear Sir,

On March 28, 2004, I received a letter from the court of Guam. The letter notified me that my case against the US NAVY (the defendant) was being rejected due to the lack evidence to support my claim.

I hereby write in order to appeal that judgment. I also join $255.00 in money order as for the amount required for that purpose.

Sir, I am quite surprised to hear that the latter the decision was made base on the fact that there was no document in my file to support my claim. My previous lawyer, Mr. Ron Moroni from Guam came to meet me here in Japan several times, and he went back with more than enough documents, in order to file my case. Those documents must have been submitted to the court long ago.

However, previous to this judgment, I had already called the court of Guam in March.2004, and I was flabbergasted when the clerk told me that there was no document filed on my behalf, there. Unfortunately it took me longer than I thought to go back to my witnesses and gather the information relevant to my case.

Meanwhile I had to retain another lawyer, but she was from Hawaii. And according to the Guam bar regulations she could not represent me. I expect from this lawyer to return me some of my documents that I had sent her.

I am currently employed at the bowling center on Yokota Air Base in Japan. I received your judgment when I came back from school, from another US Base in Japan.
ORIGINAL

I sincerely promise to submit to you, as soon as possible all the documents required for my case. My intention is to settle this case as quickly as possible, and then have what I consider to be an injustice fixed. This case has already cost me a lot of money in lawyer fees and I would like to see it through.

Yours sincerely

Jerry Edwards