# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Jerry J. Edwards, | Case No. 1:02-cv-00003 |
| Plaintiff-Appellant, | |
| vs. | |
| Gordan R. England, Secretary of the Navy, | **CERTIFICATE OF SERVICE** |
| Defendant-Appellee. | |

The following office(s)/individual(s) acknowledged receipt of the ***USCA Judgment filed October 5, 2005,*** on the dates indicated below:

*Office of the United States Attorney*
October 11, 2005

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

***USCA Judgment as to Notice of Appeal filed October 5, 2005,***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005 /s/ Shirlene A. Ishizu
                        Deputy Clerk