# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **Jerry J. Edwards,** | |
| Plaintiff-Appellant, | |
| vs. | **Case No: 1:02-cv-00003** |
| Gordan R. England, Secretary of the Navy **,** | |
| Defendant-Appellee. | |

The following individual was served by first class mail on October 11, 2005:

*Jerry J. Edwards*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*USCA Judgment filed October 5, 2005*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005                              /s/ Shirlene A. Ishizu
                                                             Deputy Clerk